OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

Charles C. STAROPOLI, Respondent.

No. 925 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 12, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 12th day of August, 2004, on certification by the Disciplinary Board that the respondent, CHARLES C. STAROPOLI, who was suspended by Order of this Court dated July 8, 2004, for a period of one year retroactive to July 1, 2003, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, CHARLES C. STAROPOLI is hereby reinstated to active status, effective immediately.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

Clyde Kevin MIDDLETON,
Respondent.

No. 945 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 12, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 12th day of August, 2004, upon consideration of the recommendation of the Disciplinary Board dated June 11, 2004, it is hereby

ORDERED that CLYDE KEVIN MIDDLETON be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.